### ALEXANDER v. MASON.

(Circuit Court, S. D. New York. October 28, 1903.)

1. ACCOUNTING—EQUITY JURISDICTION—ADEQUATE REMEDY AT LAW.
    A suit in equity for an accounting, not growing out of a trust relation, cannot be maintained unless the bill discloses such a complexity in the account as to render the remedy at law unduly burdensome and embarrassing.

Simpson, Thatcher, Barnum & Bartlett, for demurrer.
John S. Wise, in opposition.

WALLACE, Circuit Judge. I am unable to discover any such complexity in the nature of the accounting sought for in the bill as justifies a resort to equity. Jurisdiction in this class of cases depends upon the inadequacy of the common-law remedy, and it is quite impracticable to lay down any hard and fast rule by which to determine in an action for an accounting not growing out of a trust relation whether the remedy at equity is more convenient than the remedy at law. Unless the bill discloses enough complexity to render the accounting in a court of law unduly burdensome and embarrassing, the court should refuse to take jurisdiction.

Demurrer sustained, without costs.